# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANTE JACKSON,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 16-cv-3892 |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this __16th__ day of July, 2018, upon consideration of Plaintiff's Motion for Leave to Amend the Caption and Complaint (ECF No. 46), Defendant's Response in Opposition thereto (ECF No. 47), and for the reasons set forth in the memorandum filed concurrently with this Order it is hereby ordered that Plaintiff's Motion is **DENIED**.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge